# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE CORPORATION, ) ) ) Plaintiff, ) ) v. ) FIRST EDUCATORS CREDIT UNION, ) ) Defendant. ) ) ) | Case No. 3:11-cv-00749 Removed from the Chancery Court for Williamson County, Franklin, Tennessee Judge Todd J. Campbell Magistrate Judge John S. Bryant |

## AGREED ORDER TO
## AMEND INITIAL CASE MANAGEMENT ORDER

This matter came before the Court on the Joint Motion to Amend Initial Case Management Order (the "Joint Motion") filed by Defendant First Educators Credit Union ("First Educators") and Plaintiff Franklin American Mortgage Corporation ("FAMC"). The parties have consented to the requested amendment, and good cause exists for the amendment. Accordingly, the Joint Motion is hereby granted.

IT IS THEREFORE ORDERED that the Initial Case Management Order entered by the Court on October 6, 2011, is hereby amended as follows:

1. The deadline for fact discovery is extended from June 25, 2012, to September 17, 2012;

2. The deadline for discovery motions is extended from July 27, 2012, to October 5, 2012;

3. The deadline for FAMC's expert disclosure is extended from August 6, 2012, to October 12, 2012;

4. The deadline for First Educators' expert disclosure is extended from September 7, 2012, to November 9, 2012;

5. The deadline for expert rebuttal is extended from October 5, 2012, to November 23, 2012; and

6. The deadline for expert discovery is extended from November 5, 2012, to January 11, 2013.

7. The deadline to file a joint mediation report is extended from July 16, 2012, to January 11, 2013.

8. The deadline for dispositive motions is extended from January 11, 2013, to February 1, 2013.

It is so ORDERED.

*s/ John S. Bryant*
John S. Bryant
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:


s/Derek W. Edwards
Derek W. Edwards (TN Bar No. 021455)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee  37219-8966
Telephone:     (615) 244-6380
Facsimile:     (615) 244-6804
Email:         derek.edwards@wallerlaw.com

*Attorneys for Defendant First Educators Credit Union*

s/Charles M. Cain II (*with permission by Derek W. Edwards*)
Charles M. Cain II
Cain Law Firm, PLLC
219 Third Avenue North
Franklin, Tennessee  37064
Telephone:     (615) 599-1785
Email:         ccain@cain-law.com

*Attorneys for Plaintiff Franklin American Mortgage Company*

# CERTIFICATE OF SERVICE

   I hereby certify that on June 11, 2012, a copy of the foregoing Agreed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

   Charles M. Cain, II, Esq.
   Cain Law Firm PLLC
   219 Third Avenue North
   Franklin, Tennessee  37064

           s/Derek W. Edwards
           Derek W. Edwards (TN Bar No. 021455)
           WALLER LANSDEN DORTCH & DAVIS, LLP
           Nashville City Center
           511 Union Street, Suite 2700
           Post Office Box 198966
           Nashville, Tennessee  37219-8966
           Telephone: (615) 244-6380
           Facsimile: (615) 244-6804
           Email: derek.edwards@wallerlaw.com

           *Attorneys for Defendant First Educators Credit Union*