# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST EDUCATORS CREDIT UNION, )<br>)<br>Defendant. )<br>) | Case No. 3:11-cv-00749<br>Removed from the Chancery Court for<br>Williamson County, Franklin, Tennessee<br><br>Judge Todd J. Campbell<br>Magistrate Judge John S. Bryant |

## AGREED ORDER TO AMEND
## ORDER AMENDING INITIAL CASE MANAGEMENT ORDER

This matter came before the Court on the Joint Motion for Second Amendment to Initial Case Management Order (the "Joint Motion") filed by Defendant First Educators Credit Union ("First Educators") and Plaintiff Franklin American Mortgage Corporation ("FAMC"). The parties have consented to the requested amendment, and good cause exists for the amendment. Accordingly, the Joint Motion is hereby granted.

IT IS THEREFORE ORDERED that the June 12, 2012 Order (Docket No. 22) amending the Initial Case Management Order entered by the Court on October 6, 2011 (Docket No. 15), is hereby amended as follows:

1. The deadline for fact discovery is extended from September 17, 2012 to December 14, 2012;

2. The deadline for discovery motions is extended from October 5, 2012 to January 4, 2013;

3. The deadline for FAMC's expert disclosure is extended from October 12, 2012 to January 3, 2013;

4. The deadline for First Educators' expert disclosure is extended from November 9, 2012 February 1, 2013;

5. The deadline for expert rebuttal is extended from November 23, 2012 to February 11, 2012; and

6. The deadline for expert discovery is extended from November 5, 2012 to February 21, 2013;

7. The deadline to file a joint mediation report is extended from January 11, 2013 March 22, 2013;

8. The deadline for dispositive motions is extended from February 1, 2013 to February 28, 2013. Responses shall be filed by 30 days after filing of motion. Reply, if any, to be filed no later than fifteen days after filing of response.

9. The jury trial date is July 16, 2013.

It is so ORDERED.

                                                  *s/ John S. Bryant*
                                                  John S. Bryant
                                                  UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:


s/Derek W. Edwards
Derek W. Edwards (TN Bar No. 021455)
Jacquelyne D. Garfield (TN BPR No. 030498)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee  37219-8966
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: derek.edwards@wallerlaw.com
jackie.garfield@wallerlaw.com

*Attorneys for Defendant First Educators Credit Union*

s/Charles M. Cain II (*with permission by Derek W. Edwards*)
Charles M. Cain II
Cain Law Firm, PLLC
219 Third Avenue North
Franklin, Tennessee  37064
Telephone: (615) 599-1785
Email: ccain@cain-law.com

*Attorneys for Plaintiff Franklin American Mortgage Company*