IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANKLIN AMERICAN )
MORTGAGE CORP. )
 )
v. ) NO. 3-11-0749
 ) JUDGE CAMPBELL
FIRST EDUCATORS CREDIT )
UNION )

ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Reply in Excess of Page Limit (Docket No. 50). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE