UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRANKLIN AMERICAN MORTGAGE CORP. | ) ) ) | |
| v. | ) ) | NO. 3:11-0749 JUDGE CAMPBELL |
| FIRST EDUCATORS CREDIT UNION | ) | |

ORDER

Pending before the Court is Defendant First Educators Credit Union's Motion for Leave to File Substitute Exhibits in Support of its Motion for Partial Summary Judgment (Docket No. 61). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE