IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE CORP. | ) ) ) |
| v. | ) NO. 3-11-0749 ) JUDGE CAMPBELL |
| FIRST EDUCATORS CREDIT UNION | ) ) |

ORDER

Pending before the Court are Defendant's Motion for Partial Summary Judgment (Docket No. 28), Plaintiff's Motion for Partial Summary Judgment (Docket No. 34), and Plaintiff's Motion to Strike Inadmissible Evidence (Docket No.45). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Partial Summary Judgment (Docket No. 28) is GRANTED, Plaintiff's Motion for Partial Summary Judgment (Docket No. 34) is DENIED, and Plaintiff's Motion to Strike Inadmissible Evidence (Docket No.45) is moot.

Plaintiff's claims for failing to repurchase the subject loans are DISMISSED. This action remains set for a jury trial on July 23, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE