IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE CORP. | ) ) ) |
| v. | ) NO. 3-11-0749 ) JUDGE CAMPBELL |
| FIRST EDUCATORS CREDIT UNION | ) ) |

ORDER

Pending before the Court is Defendant's Motion in Limine to Exclude Plaintiff's New Undisclosed Theory and Related Argument, Evidence and Testimony (Docket No. 67). The Motion is brought pursuant to Fed. R. Civ. P. 37 and involves discovery and Rule 26 disclosures.

Accordingly, the Motion is referred to the Magistrate Judge for decision.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE