IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE CORP. | ) ) ) |
| v. | ) NO. 3-11-0749 ) JUDGE CAMPBELL |
| FIRST EDUCATORS CREDIT UNION | ) ) |

ORDER

Pending before the Court, among other things, are Defendant's Motion for Leave to File Motion in Limine (Docket No. 89), Defendant's Motion for Leave to File a Reply Memorandum (Docket No. 116), and Defendant's Motion for Leave to File a Reply Memorandum (Docket No. 117). These Motions are GRANTED, and the Clerk is directed to file the Motion and Memo attached to Docket No. 89, the Reply Memorandum attached to Docket No. 116, and the Reply Memorandum attached to Docket No. 117.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE