UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANKLIN AMERICAN MTGE. CORP. )
)
v. ) NO. 3:11-0749
) JUDGE CAMPBELL
FIRST EDUCATIONS CREDIT UNION )

ORDER

Due to a criminal trial, the pretrial conference currently scheduled for October 18, 2013, is CONTINUED to October 25, 2013, at 3:00 p.m.

All deadlines remain unchanged.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE