IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN ) | |
| MORTGAGE CORP. ) | |
| ) | |
| v. ) | NO. 3-11-0749 |
| ) | JUDGE CAMPBELL |
| FIRST EDUCATORS CREDIT ) | |
| UNION ) | |

ORDER

Pending before the Court, among other things, is Defendant's Motion for Leave to File a Reply in Further Support of its Motion in Limine (Docket No. 137). The Motion is GRANTED, and the Clerk is directed to file the Reply brief attached to the Motion.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE