UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| FRANKLIN AMERICAN MORTGAGE CORP. | ) ) ) ) | |
| VS | ) ) ) | CASE: #3:11-0749 |
| FIRST EDUCATORS CREDIT UNION | ) ) ) ) | JUDGE TODD CAMPBELL |

**_X_** Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury returned a verdict for Plaintiff Franklin American Mortgage Corp. against Defendant First Educators Credit Union. The jury found that Defendant breached the Correspondent Loan Purchase Agreement with regard to both the Rodriguez Loan and the Wolf Loan. The jury awarded Plaintiff $198,000 as to the Rodriguez Loan and $157,000 as to the Wolf Loan for a total of $355.000.

Thereupon the jury was polled and each juror affirmed the verdict as being his/her individual verdict.

OCTOBER 31, 2013

KEITH THROCKMORTON, CLERK

*Doris E. Bush*
BY: DORIS E. BUSH
DEPUTY CLERK