UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


FRANKLIN AMERICAN MTGE. CORP.   )
                                )
v.                              )      NO. 3:11-0749
                                )      JUDGE CAMPBELL
FIRST EDUCATIONS CREDIT UNION   )


ORDER


    Pending before the Court is Defendant First Educators Credit Union's Motion for Leave

to File a Reply Memorandum in Further Support of its Motion for Judgment Notwithstanding the

Verdict or for a New Trial (Docket No. 185). The Motion is GRANTED.

    IT IS SO ORDERED.


                _Todd Campbell_____

                TODD J. CAMPBELL
                UNITED STATES DISTRICT JUDGE